IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLENN W. GUILLORY, Jr., | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| JEFFREY T. EASTER, *Sedgwick County Kansas Sheriff*, et al., | ) ) ) |
| Respondents. | ) Civil Action No. 3:19-CV-434-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that the above-styled and -numbered civil action should be summarily dismissed. Petitioner has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, this civil action is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED this 25th day of March, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE